# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00334-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRISANTO SANDOVAL-PATINO,
      a/k/a Victor Sandoval,
      a/k/a Victor Patino,
      a/k/a Crisanto Patino,

    Defendant.

## MINUTE ORDER[1]

On July 29, 2010, the court conducted a telephonic setting conference to set a change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

    1. That on **October 15, 2010**, commencing at 8:00 a.m., the court shall conduct a change of plea hearing is this matter;

    2. That the Trial Preparation Conference set for August 18, 2010, and the jury trial set to commence August 30, 2010, are **VACATED**; and

    3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: July 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.